UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/7/14
```

SHARON TROSTLE,

        Plaintiff,

v.

                                    Case No. 14-cv-02117-SHS

AFNI, INC.,

        Defendant.
_____/

## ORDER OF DISCONTINUANCE WITH PREJUDICE

IT IS HEREBY ORDERED AND AGREED that the instant action be and is hereby discontinued with prejudice. *by stipulation of the parties*

DONE AND ORDERED this 7th day of May 2014.

_____
JUDGE  /s/ SHS U.S.D.J.